RECEIVED
SDNY PRO SE OFFICE
2021 DEC -7 PM 2: 46

U.S. DISTRICT COURT OF Southern New York
OFFICE OF THE Clerk
500 Pearl Street #230 New York, NY 10007
December 6, 2021

Kum nam LEE
A petitioner

21 CV 10442

under 42 USC 1983

a civil rights action
own soley

V. Proland management
1510 W. 7th Street LA, CA 90057
Respondent

a complaint by Federal or
the law of the state
for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment garnishment an ownership amount
of damage is $ Ten millions dollars. I am injured to
Redress required

a claim by Kum nam LEE          a prose required

Reason by applied low income or Section 8 for aid appartment
But denied no discrimination

name: Kum nam LEE

an amended, a relief
forthwith

Address: 5155 Marathon ST #106
Los Angeles, CA 90038

Date: December 6, 2021

A notice of Appeal

U.S. DISTRICT COURT For The
~~Central~~ DISTRICT OF ~~California~~
Southern                    new York

Kum nam Lee
  A petitioner                        A notice of appeal

V.
  proland management
  2510 W. 7th Street LA.CA 90057      Docket no.
        Respondent

a writ of certiorari
a decree, ~~leave~~                notice:    a party: Kum nam Lee
an equitable remedy
an appropriated
an immediately                                Date: December 6, 2021
double cost
within Ten days
THE Last day For filing            name: Kum nam Lee

                                   Address: 5155 Marathon ST #106
                                            Los Angeles, CA 90038

Date: December 6, 2021



Kyun nam LEE
5-155 Marathon ST #106
Los Angeles, CA 90038

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2021 DEC -7 PM 2:40

Pro Se   JCR

U.S. COURTHOUSE
OFFICE OF THE CLERK
500 Pearl Street #230
New York, NY 10007

1000781316 C069